# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00153-CV

**Brent Bowling and Andrea Bowling, Appellants**

**v.**

**Skelton Properties, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. 263646, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants filed an unopposed motion to dismiss their appeal advising that they no longer desire to pursue this appeal.

The appeal is dismissed on motion of appellants. Tex. R. App. P. 42.1(a)(2).

Mack Kidd, Justice

Before Justices Kidd, Yeakel and Patterson

Dismissed on Appellants= Motion

Filed:   April 10, 2003